UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT "BOBBY" HOPKINS, CHRISTOPHE ARROYO, and CHARLES JEFFERS Individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WYKAGYL COUNTRY CLUB,<br><br>Defendant. | ECF CASE<br><br>No.: 7:22-cv-10399 (CS)<br><br>SATISFACTION OF JUDGMENT |

WHEREAS, a judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure was entered in the above action on the 22nd day of July 2024 in favor of Defendant The Wykagyl Country Club in the amount of $12,000.00, inclusive of all costs and attorneys' fees, and said judgment having been fully paid, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

Dated: New York, New York

Respectfully submitted,

_____
Douglas Lipsky, Esq.
Lipsky Lowe LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
doug@lipskylowe.com