UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT "BOBBY" HOPKINS, CHRISTOPHER ARROYO, and CHARLES JEFFERS, Individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE WYKAGYL COUNTRY CLUB,<br><br>Defendant. | ECF CASE<br><br><br>No.: 7:22-cv-10399 (CS)<br><br>[PROPOSED] JUDGMENT |

WHEREAS, on July 19, 2024, Defendant The Wykagyl Country Club served on Plaintiffs Robert Hopkins and Christopher Arroyo an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure in the amount of $12,500.00 ("Offer of Judgment"), and

WHEREAS, on July 22, 2024, Plaintiffs Hopkins and Arroyo accepted Defendant's Offer of Judgment,

JUDGMENT shall be entered in favor of Plaintiffs Hopkins and Arroyo against Defendant in the amount of $12,500.00, in accordance with the terms and conditions of Defendant's Offer of Judgment.

The Clerk of Court is directed to terminate all pending motions, adjourn all deadlines, and close this case.

SO ORDERED.

Dated: White Plains, New York
~~New York, New York~~
_____ July 24 _____, 2024.

_____
Honorable Cathy Seibel, U.S.D.J.